# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**AARON JABLONSKI** and
**CHRISTY JABLONSKI**

               V.               CASE No.: 6:06-CV-1080(NPM/GJD)

**HARBOR FREIGHT TOOLS USA, INC.**
and **CHICAGO ELECTRIC MFG. INC.**

| | |
|---|---|
| **[ ]** | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFFS dismissing the Complaint with prejudice for failure to prosecute pursuant to the Decision and Order of the Hon. Neal P. McCurn filed on May 20, 2008.


DATED:     May 20, 2008

                                                         Clerk of Court

LKB:lmp